588

359 A.2d 914

COMMONWEALTH, Appellant,

v.

HANUSCIN.

Sub-
mitted April 15, 1976. Louis R. Paulick, Assistant District Attorney, and Robert E. Colville, District Attorney, for Commonwealth, appellant; Donald D. Rossetti, for appellee.

Order affirmed.

359 A.2d 895

COMMONWEALTH

v.

HARPER, Appellant.

Submitted April 19, 1976. James M. Ecker, Trial Defender, and Ralph J. Cappy, Public Defender, for appellant; Louis R. Paulick, Assistant District Attorney, and John J. Hickton, District Attorney, for Commonwealth, appellee.

Judgments of sentence affirmed.